# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

August 14, 2026

Honorable Judge Robyn F. Tarnofsky
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

***Re:*** Solis et al v. Don Filippo Restaurant Corp. et al
*Index No.* ***1:26-cv-01371-RFT***

Dear Judge Tarnofsky:

This office represents the Plaintiffs in the above-referenced matter. The current deadline for the parties to file their settlement documents is August 14, 2026. The parties jointly request that this deadline be extended by 21 days to September 4, 2026. The reason for this request is that the parties need additional time to work through the settlement terms.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/ Robert Jun
Robert Jun
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiffs*

Application **GRANTED**. The parties' deadline to file their Cheeks application is extended until **September 4, 2026**. No further extensions will be granted absent very good cause shown.

The Clerk of Court is respectfully requested to terminate ECF 21.

Dated: August 17, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE