# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620


September 3, 2026

Honorable Judge Robyn F. Tarnofsky
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

***Re:*** Solis et al v. Don Filippo Restaurant Corp. et al
*Index No.* ***1:26-cv-01371-RFT***

Dear Judge Tarnofsky:

This office represents the Plaintiffs in the above-referenced matter. The current deadline for the parties to file their settlement documents is September 4, 2026. The parties jointly request that this deadline be extended to September 18, 2026. The reason for this request is that the parties need additional time to work through the settlement terms. Given that this matter involves a defendant that is an administrator of an estate, the parties are close to resolving this matter, but need additional time. Furthermore, the undersigned will be away on vacation starting tomorrow throughout the Labor Day weekend.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/ Robert Jun
Robert Jun
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiffs*

Application GRANTED. The parties shall file their settlement documents by **September 18, 2026**.

The Clerk of Court is respectfully requested to terminate ECF 23.

Dated: September 3, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE