# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620


September 17, 2026

Honorable Judge Robyn F. Tarnofsky
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

***Re:*** Solis et al v. Don Filippo Restaurant Corp. et al
Index No.: ***1:26-cv-01371-RFT***

Dear Judge Tarnofsky:

This office represents the Plaintiffs in the above-referenced matter. We write to inform the Court that the parties need additional time to file the settlement documents. The current deadline is September 18, 2026. The reason for this extension is that we are awaiting the appointment of Vanessa Arcara as the administrator of the estate of the deceased Philip Arcara. The petition is currently pending in Nassau County's Surrogate's Court. Philip Arcara was the alleged employer and owner of the business at which Plaintiffs were employed at. Accordingly, we request that the deadline be adjourned sine die, and that Defendants' counsel be ordered to inform the Court when Vanessa Arcara is appointed as the administrator of the estate, so that the parties can execute the settlement documents. This is the third request for an extension of time to file the settlement documents.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/ Robert Jun
Robert Jun
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiffs*

Application GRANTED in part. The deadline to file settlement documents is adjourned until **December 18, 2026.** Plaintiff shall submit a status update by **October 30, 2026** on status of surrogate's court proceedings.

The Clerk of Court is respectfully requested to terminate ECF 25.

Dated: September 17, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE