**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

JAVIER SOLIS and HOLGER ANTONIO MUZHA RAMON, individually and on behalf of others similarly situated,

*Plaintiffs,*

-against-

DON FILIPPO RESTAURANT CORP. (d/b/a PIZZERIA DON FILIPPO), and "JANE DOE" as Administrator of the Estate of PHILIP ARCARA,

*Defendants.*

---------------------------------------------------------------X

Civil Action No. 1:26-cv-01371-MMG

**[Proposed Form Of] JUDGMENT**

**JUDGMENT**

On October 16, 2026, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, JAVIER SOLIS and HOLGER ANTONIO MUZHA RAMON, have judgment against Defendants DON FILIPPO RESTAURANT CORP. (d/b/a PIZZERIA DON FILIPPO), and "Jane Doe" as the Administrator of the Estate of PHILIP ARCARA, jointly and severally, in the amount of Thirty Thousand dollars ($30,000.00), which is inclusive of attorneys' fees and costs.

The Clerk of Court is respectfully requested to close this case.

Dated: October 21, 2026

HON. ROBYN F. TARNOFSKY
U.S. DISTRICT JUDGE